FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 DEC 21 P 12: 17

CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. 1:20-CR-50 |
| | ) | |
| CRISTIAN EDUARDO | ) | |
| FLORES-GARCIA | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses with prejudice the above-referenced Indictment filed against the defendant.

/s/ Patricia G. Rhodes
Patricia G. Rhodes
Assistant United States Attorney
Branch Office Chief
United States Attorney's Office
Southern District of Georgia

/s/ Alejandro V. Pascual IV
Alejandro V. Pascual IV
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

This 21st day of December 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA